UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COBY GOODMAN,

    Plaintiff,

    v.

WELLS FARGO BANK N.A, et al.,

    Defendants.

Case No. 15-cv-02856-VC

**ORDER STAYING CASE**

    The motion for a stay is granted. This case is stayed pending the outcome of the motions for class certification in the related cases *Lucia v. Wells Fargo Bank, N.A.*, Case No. 3:10-CV-04749-VC; *Corvello v. Wells Fargo Bank, N.A.*, Case No. 3:10-CV-05072-VC; and *Jackmon v. America's Servicing Company, et al.*, Case No. 3:11-CV-3884-VC.

    **IT IS SO ORDERED.**

Dated: August 17, 2015

VINCE CHHABRIA
United States District Judge